# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Stephen V. | U.S. District Court | 08/03/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2019 **to** 12/31/2019 |
|  | 5b. ☐ Amended Report |  |

**7. Chambers or Office Address**

U.S. District Court
350 W. 1st Street Suite 4311
Los Angeles, CA 90012-4565

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/03/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wilson, Stephen V. | 08/03/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. Santander Bank | mortgage - real estate (Capri) | P2 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. El Dorado - Real Estate-Partner | D | Distribution | O | W | | | | | |
| 2. Harbor City Mobile Park - Partner | D | Distribution | M | W | | | | | |
| 3. Sandpiper LTD - Partner | D | Distribution | M | W | | | | | |
| 4. Capital - Partner -Sacramento CA | C | Distribution | M | W | | | | | |
| 5. Capri - NY, NY | G | Distribution | P3 | W | | | | | |
| 6. Malibu - NY, NY | F | Distribution | P2 | W | | | | | |
| 7. Note - Zheng/Chen | E | Interest | M | T | | | | | |
| 8. Note - Min Ou | D | Interest | L | T | | | | | |
| 9. Malibu-NY, NY (1) | G | Distribution | P2 | W | Sold (part) | 07/15/19 | N | G | Chakraborty Assoc. 9 LLC |
| 10. Malibu-NY, NY (2) | G | Distribution | P1 | W | Sold (part) | 07/15/19 | N | G | Chakraborty Assoc. 9 LLC |
| 11. Bonds/CDs : | | | | | | | | | |
| 12. BROKERAGE ACCT #1 | | | | | | | | | |
| 13. UB Fidelity Govt MM | A | Interest | J | T | | | | | |
| 14. US Treas Bill | | None | N | T | Buy | 03/20/18 | N | | *See explanation |
| 15. " " " | C | Interest | | | Redeemed | 09/13/18 | O | | " " |
| 16. US Treas Bill | | None | O | T | Buy | 09/17/18 | O | | *see explanation |
| 17. " " " | D | Interest | | | Redeemed | 09/12/19 | O | | |

1 Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilson, Stephen V.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. US Treas Bill | | None | O | T | Buy | 09/17/19 | O | | |
| 19. " " " | | None | O | T | Buy<br>(add'l) | 09/19/19 | O | | |
| 20. Goldman Sacks Bk CD | B | Interest | M | T | | | | | |
| 21. Comenity Cap Bk CD | C | Interest | M | T | | | | | |
| 22. US Treas Bill | | None | M | T | Buy | 03/19/19 | M | | |
| 23. " " " | B | Interest | | | Redeemed | 09/19/19 | M | | |
| 24. City Natl Bank Cash Acct | A | Interest | K | T | | | | | |
| 25. BROKERAGE ACCT #2 | | | | | | | | | |
| 26. IRA - CN MM Fund | F | Distribution | J | T | | | | | |
| 27. " " " | B | Interest | J | T | | | | | |
| 28. Fed Natl Mort Assn | B | Interest | | | Redeemed | 06/30/19 | M | | |
| 29. US Treas Bill | D | Interest | | | Redeemed | 05/23/19 | P1 | | |
| 30. US Treas Bill | | None | P1 | T | Buy | 05/29/19 | P1 | | |
| 31. " " " | D | Interest | | | Redeemed | 11/14/19 | P1 | | |
| 32. US Treas Bill | | None | P1 | T | Buy | 11/14/19 | P1 | | |
| 33. US Treas Bill | A | Interest | | | Redeemed | 04/11/19 | L | | |
| 34. US Treas Bill | B | Interest | | | Redeemed | 02/14/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilson, Stephen V.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. US Treas Bill | | None | | T | Buy | 02/19/19 | M | | |
| 36. " " " | B | Interest | | | Redeemed | 08/15/19 | M | | |
| 37. US Treas Bill | | None | O | T | Buy | 08/15/19 | O | | |
| 38. CA ST Bonds | B | Interest | | | Redeemed | 04/12/19 | N | | |
| 39. US Treas Bill | | None | N | T | Buy | 09/10/19 | N | | |
| 40. CNB Deposit | A | Interest | J | T | | | | | |
| 41. BROKERAGE ACCT #3 | | | | | | | | | |
| 42. UBS Bank USA | A | Interest | J | T | | | | | |
| 43. US Treas Bill | D | Interest | | | Redeemed | 04/11/19 | P1 | | |
| 44. US Treas Bill | | None | P1 | T | Buy | 04/12/19 | P1 | | |
| 45. " " " | D | Interest | | | Redeemed | 10/10/19 | P1 | | |
| 46. U.S. Treas Bill | | None | P1 | T | Buy | 10/17/19 | P1 | | |
| 47. BROKERAGE ACCT #4 | | | | | | | | | |
| 48. JP Morgan Dep Acct | A | Interest | P1 | T | | | | | |
| 49. US Treas Bill | | None | P1 | T | Buy | 01/17/19 | P1 | | |
| 50. " " " | C | Interest | | | Redeemed | 07/18/19 | P1 | | |
| 51. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. BROKERAGE ACCT #5 | | | | | | | | | |
| 53. Morgan Stanley MM | A | Interest | J | T | | | | | |
| 54. US Treas Bill | A | Interest | | | Redeemed | 01/03/19 | O | | |
| 55. US Treas Bill | A | Interest | | | Redeemed | 02/07/19 | M | | |
| 56. US Treas Bill | A | Interest | | | Redeemed | 03/14/19 | P1 | | |
| 57. US Treas Bill | B | Interest | | | Redeemed | 04/25/19 | O | | |
| 58. US Treas Bill | B | Interest | | | Redeemed | 05/09/19 | N | | |
| 59. US Treas Bill | B | Interest | | | Redeemed | 05/23/19 | N | | |
| 60. US Treas Bill | | None | P1 | T | Buy | 02/06/19 | P1 | | |
| 61. " " " | A | Interest | | | Redeemed | 08/15/19 | P1 | | |
| 62. US Treas Bill | | None | P1 | T | Buy | 03/14/19 | P1 | | |
| 63. " " " | A | Interest | | | Redeemed | 09/13/19 | P1 | | |
| 64. US Treas Bill | | None | O | T | Buy | 05/08/19 | O | | |
| 65. " " " | B | Interest | | | Redeemed | 11/17/19 | O | | |
| 66. US Treas Bill | | None | N | T | Buy | 05/22/19 | N | | |
| 67. " " " | B | Interest | | | Redeemed | 12/31/19 | N | | |
| 68. US Treas Bill | B | Interest | P1 | T | Buy | 08/15/19 | P1 | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilson, Stephen V.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  US Treas Bill | | None | P1 | T | Buy | 09/12/19 | P1 | | |
| 70.  US Treas Bill | | None | O | T | Buy | 11/06/19 | O | | |
| 71.  US Treas Bill | | None | N | T | Buy | 12/30/19 | N | | |
| 72.  BROKERAGE ACCT #6 | | | | | | | | | |
| 73.  Bank of America NA RASP | A | Interest | J | T | | | | | |
| 74.  ML Short Term Global Income Black Rock IRRA | D | Distribution | K | T | | | | | |
| 75.  Mutual Fund - Muni Inv Trust | B | Interest | K | T | | | | | |
| 76.  ML Bank USA RASP CMA Fund | A | Interest | K | T | | | | | |
| 77.  Ally Bk CD | A | Interest | | | Redeemed | 04/12/19 | L | | |
| 78.  BMO Harris CD | B | Interest | | | Redeemed | 07/13/18 | M | | *see explanation |
| 79.  US Treas Bill | B | Interest | L | T | | | | | |
| 80.  US Treas Bill | D | Int./Div. | O | T | Buy | 07/12/19 | O | | |
| 81.  BROKERAGE ACCT #7 | | | | | | | | | |
| 82.  RBC MM Funds | C | Interest | O | T | | | | | |
| 83.  BROKERAGE ACCT #8 | | | | | | | | | |
| 84.  WF Bank N.A./ WF Fin. Natl. Bk. | A | Interest | K | T | | | | | |
| 85.  CA ST Var Purp | D | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. CA ST FGIC | A | Interest | J | T | Redeemed (part) | 09/03/19 | J | | |
| 87. CA ST RFDG | A | Interest | J | T | | | | | |
| 88. CA ST Var Purp | D | Interest | | | Redeemed | 05/15/19 | M | | |
| 89. CA ST Water Res Dev-Ser | B | Interest | K | T | | | | | |
| 90. JP Morgan Chase CD | C | Interest | | | Redeemed | 10/30/19 | M | | |
| 91. Comenity Cap Bk CD | A | Interest | | | Redeemed | 04/18/17 | M | | *see explanation |
| 92. CA ST Var Purp | | None | L | T | Redeemed (part) | 04/08/19 | L | | |
| 93. " " " " | B | Interest | | | Redeemed | 05/15/19 | L | | |
| 94. CA ST Var Purp | B | Interest | K | T | | | | | |
| 95. CA ST | E | Interest | N | T | | | | | |
| 96. US Treas Bill | E | Interest | | | Redeemed | 08/15/19 | P1 | | |
| 97. US Treas Bill | C | Interest | | | Redeemed | 04/25/19 | O | | |
| 98. US Treas Bill | A | Interest | | | Redeemed | 02/14/19 | N | | |
| 99. US Treas Bill | C | Interest | | | Redeemed | 03/21/19 | N | | |
| 100. US Treas Bill | A | Interest | | | Redeemed | 05/23/19 | N | | |
| 101. US Treas Bill | D | Interest | | | Redeemed | 06/20/19 | P1 | | |
| 102. US Treas Bill | | None | N | T | Buy | 03/21/19 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  " " " | A | Interest | | | Redeemed | 08/29/19 | N | | |
| 104.  US Treas Bill | | None | O | T | Buy | 05/17/19 | O | | |
| 105.  " " " | A | Interest | | | Redeemed | 10/31/19 | O | | |
| 106.  US Treas Bill | | None | N | T | Buy | 05/30/19 | N | | |
| 107.  " " " | A | Interest | | | Redeemed | 11/14/19 | N | | |
| 108.  US Treas Bill | | None | P1 | T | Buy | 06/21/19 | P1 | | |
| 109.  US Treas Bill | | None | P1 | T | Buy | 08/15/19 | P1 | | |
| 110.  US Treas Bill | | None | O | T | Buy | 08/22/19 | O | | |
| 111.  US Treas Bill | | None | P1 | T | Buy | 10/30/19 | P1 | | |
| 112.  " " " | | None | P1 | T | Redeemed (part) | 12/19/19 | P1 | | |
| 113.  US Treas Bill | | None | N | T | Buy | 11/13/19 | N | | |
| 114.  BROKERAGE ACCT #9 | | | | | | | | | |
| 115.  WF Bank Deposit Sweep | A | Interest | N | T | | | | | |
| 116.  General Motors | A | Dividend | K | T | | | | | |
| 117.  Chula Vista CA | A | Interest | K | T | | | | | |
| 118.  Crispr Therapeutics | A | Interest | J | T | | | | | |
| 119.  Blackstone Group | A | Int./Div. | K | T | Buy | 08/16/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. AT & T Inc. | B | Int./Div. | K | T | Buy | 08/03/18 | K | | *see explanation |
| 121. Boston Scientific Cori | | None | K | T | Buy | 04/30/19 | K | | |
| 122. Carlyle Group Inc | A | Distribution | K | T | Buy | 09/24/19 | K | | |
| 123. Cisco Systems | A | Int./Div. | K | T | Buy | 08/16/19 | K | | |
| 124. Bristol Myers Squibb | A | Int./Div. | K | T | Buy | 04/21/19 | K | | |
| 125. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Wilson, Stephen V.** | 08/03/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:   Investments and Trusts:

Line 14 ad 15:   US T Bill This was purchased and redeemed in 2018 - should have been on last year's report.

Line 16:   US T Bill    Should have been on last year's report

Line 78: BMO Harris Bk CD    This was redeemed on 7/13/18.

Line 91:        Comenity Cap Bk CD -- This was redeemed in 2017

Line 120: AT &T : should have been on last year's report

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilson, Stephen V.** | 08/03/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen V. Wilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544